IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID CLARK, *et al.*,<br>    Plaintiffs,<br>v.<br><br>DUKE UNIVERSITY, *et al.*,<br>    Defendants. | Case No. 1:16-CV-01044-CCE-LPA |
| KATHI LUCAS, *et al.*,<br>    Plaintiffs,<br>v.<br><br>DUKE UNIVERSITY,<br>    Defendant. | Case No. 1:18-CV-00722-CCE-LPA |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Consolidate, it is hereby ORDERED that the motion is GRANTED. *Clark v. Duke University*, Case No. 1:16-cv-01044, is consolidated with *Lucas v. Duke University*, Case No. 1:18-cv-0072. Both cases are consolidated for settlement purposes only under Case No. 1:16-cv-01044. All subsequent filings shall be filed under that case number.

If the Settlement Agreement in the above-referenced actions is terminated, *Clark* and *Lucas* shall no longer be consolidated and will revert to their original status as separate actions.

**IT IS SO ORDERED** THIS _____ day of _____, 2019.

 

_____
The Honorable Catherine C. Eagles
United States District Judge